UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04CV-11655-RCL

RONALD DECKER,

        Plaintiff

v.

ESSEN FOODS, INC., d/b/a Sylvan Street Grille

        Defendants.

## PLAINTIFF'S L.R. 16.1(C) CERTIFICATE

NOW COMES Plaintiff Ronald Decker through his counsel and hereby certifies that she has complied with Local Rule 16.1(C) by presenting Defendants with a written settlement proposal.

Plaintiff's attorney,

*Mary-Ellen Manning*

Mary-Ellen Manning
BBO#559711
P.O. Box 3528
Peabody, MA 01961-3528
(978) 531-6363

Dated:    NOVEMBER 1, 2004

### CERTIFICATE OF SERVICE

I, Mary-Ellen Manning, certify that I caused a true copy of the above document to be served by mail on November 1, 2004 upon the attorney of record for Defendant.

*Mary-Ellen Manning*

Mary-Ellen Manning, Esq.