UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



Civil Action No. 04-11655-RCL

RONALD DECKER,

    Plaintiff

v.

ESSEN FOODS, d/b/a Sylvan Street Grille

    Defendant.

## PLAINTIFF'S LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

NOW COMES the undersigned counsel for the plaintiff, and hereby certify that on October 22, 2004 I conferred by facsimile letter in a good faith effort to resolve or narrow the issues set forth in the Joint Scheduling Memorandum, with the counsel for the defense.

    Respectfully submitted,

    for the Plaintiff,

    RONALD DECKER,

    by his attorney,

    Mary-Ellen Manning
    BBO#559711
    P.O. BOX 3528
    Peabody, MA 01961-3528
    (978) 531-6363

Dated:    NOVEMBER 1, 2004

CERTIFICATE OF SERVICE

I, Mary-Ellen Manning, certify that I caused a true copy of the above document to be served by mail on November 1, 2004 upon the attorney of record for Essen Foods.

_____
Mary-Ellen Manning, Esq.