UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11655-RCL

RONALD DECKER,

                      Plaintiff

v.

ESSEN FOODS, INC., d/b/a Sylvan Street Grille

                      Defendant

## JOINT SCHEDULING STATEMENT UNDER L.R. 16.1(D)

NOW COMES the plaintiff in the above-captioned matter and hereby submits the following Statement pursuant to Local Rule 16.1(D).

1. NATURE OF ACTION

The plaintiff has filed a four-count complaint against the Essen Foods, Inc. ("Essen"). The plaintiff's allegations arise out of his wrongful termination from employment in violation of 42 U.S.C. §12101 and c. 151B, §4(16). The plaintiff's allegations also charged that prior to his wrongful termination Essen exhibited negligent supervision and as a result of his termination he suffered Intentional Infliction of Emotional Distress. The plaintiff was diagnosed with cancer and receiving radiology treatment when he was discharged from employment with the defendant. The plaintiff charges that no reasonable concessions were made to accomadate his condition.

2. PROPOSED DISCOVERY PLAN

The parties propose the following discovery plan:

    a.    Written Discovery will be completed by February 27, 2005;

    b.    Depositions of Fact Witnesses will be completed by May 14, 2005;

    c.    Plaintiff's Expert Witnesses will be identified by June 18, 2005;

    d.    Plaintiff's Expert Reports will be provided by July 16, 2005;

e.    Defendant's Expert Witnesses will be identified by August 16, 2005;

f.    Defendant's Expert Reports will be provided by September 17, 2005;

g.    Depositions of Expert Witnesses will be completed by October 29, 2005

3.    MOTION SCHEDULE

All dispositive motions will be served no later than December 17, 2005, but may be filed at any time previous thereto. Discovery motions, to the extend that they are necessary, will be filed prior to the close of discovery, October 29, 2005. Trial motions are to be served not less than seven (7) days prior to trial, except for good cause.

4.    TRIAL BY MAGISTRATE JUDGE

Plaintiff consents to a trial before a magistrate judge.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted |
| for the Plaintiff, | for the Defendant, |
| RONALD DECKER, | Essen Foods, |
| by his attorney, | by its attorney, |
| *Mary-Ellen Manning* | *Maureen Reilly* |
| Mary-Ellen Manning | Maureen Reilly |
| BBO#559711 | BBO # 555369 |
| P.O. BOX 3528 | 33 Kingston Street |
| Peabody, MA 01961-3528 | Boston, MA 02111 |
| (978) 531-6363 | (617) 338-2144 |

Dated:    NOVEMBER 1, 2004