UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04CV-11655-RCL

RONALD DECKER,

          Plaintiff

v.

ESSEN FOODS, INC., d/b/a Sylvan Street Grille

          Defendants.

## PLAINTIFF'S L.R. 16.1(D)(3) CERTIFICATE

NOW COMES Plaintiff Ronald Decker and the undersigned counsel and hereby affirm that they have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

Plaintiff,

_____
Ronald Decker

Plaintiff's attorney,

_____
Mary-Ellen Manning
BBO#559711
P.O. BOX 3528
Peabody, MA 01961-3528
(978) 531-6363

Dated:    November 1, 2004

CERTIFICATE OF SERVICE

I, Mary-Ellen Manning, certify that I caused a true copy of the above document to be served by mail on November 1, 2004 upon the attorney of record for Defendant.

_____
Mary-Ellen Manning, Esq.