UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RONALD DECKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-11655-JGD |
| ESSEN FOODS d/b/a | ) | |
| SYLVAN STREET GRILLE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference has been scheduled for Wednesday, May 4, 2004, at 2:30 P.M. before Magistrate Judge Judith Gail Dein in Courtroom #15 on the 5th floor.  At that time, the parties shall be prepared to discuss:

    (a)    the status of the case;
    (b)    scheduling for the remainder of the case through trial; and
    (c)    use of alternative dispute resolution programs.

**The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized above.**  With respect to the use of ADR, the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

DATED:  December 2, 2004

    / s / Jolyne D'Ambrosio
By:  Deputy Clerk