UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Ronald Decken_
Plaintiff

CIVIL ACTION

V.

NO. _04-11655_

_Essen Foods d/b/a Sylvan Street Grille_
Defendant

ORDER RETURNING PLEADINGS

_Lindsay_ D.J.

On _March 1st, 2005_ the Clerk received your _Interrogatories Propounded by Plaintiff; Plaintiff's Request for Production of Documents from Δ's_ for filing in the above-entitled action, however, it is hereby ORDERED that the above document(s) be returned for the reason(s) checked below:

( )  The certificate of service does not conform to Local Rule 5.2(b)(2) because it is not on the bottom of, or in the margin, of the last page of the paper to which it relates or is not single-spaced.

( )  The papers or documents do not conform to Local Rule 5.1(a) because:

   ( )  Board of Bar Overseers Registration Number has not been provided.
   ( )  8 1/2" x 11" paper has not been used.
   ( )  A backer is attached.
   ( )  The documents are not properly bound.
   ( )  The text is not double-spaced.
   ( )  The discovery request or response text is not single-spaced.

( )  Motion to amend to add party is not accompanied by certificate regarding service on new party pursuant to Local Rule 15.1(B).

( )  Discovery documents are not to be filed with the Court pursuant to Local Rule 26.6(A).

( )  The discovery motion(s) is/are not accompanied by the certification of personal consultation required by Local Rule 7.1(A)(2), 26.2(C) and 37.1(B).

(✓) Other _The two documents filed do not need to be filed with the Court, only between the parties._

_3/10/05_
DATE

_Reginald C. Lindsay_
UNITED STATES DISTRICT JUDGE

_signed by Deputy Clerk: Don Stanhope_

(Retndocs.ord - 09/92)                                                                    [o.]