UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD DECKER,           ) | |
|             Plaintiff,           ) | |
| v.           ) | CIVIL ACTION |
|                       ) | NO. 04-11655-JGD |
| ESSEN FOODS d/b/a           ) | |
| SYLVAN STREET GRILLE,           ) | |
|                       ) | |
|            Defendant.           ) | |

## **SCHEDULING ORDER**

After a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. A final pretrial conference is scheduled for **October 6, 2005 at 2:30 p.m.**

2. Trial is set for **October 17, 2005**. A separate pretrial order shall be issued.

                                                                     / s / Judith Gail Dein
                                                                   Judith Gail Dein
                                                                   United States Magistrate Judge

DATED: May 4, 2005