UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-1165RCL

RONALD DECKER )
   Plaintiff, )
  )
v. )
  )
ESSEN FOODS, INC. D/B/A SLYVAN )
STREET GRILLE'S )
   Defendant. )
  )

## STIPULATION OF DISMISSAL

Now come the parties in the above-entitled action and, pursuant to the provisions of Federal Rules of Civil Procedure, Rule 41 (a) (1) hereby stipulate that the within action including all third party claims to be dismissed, with prejudice and without costs.

Plaintiff,
Ronald Decker

By his attorney,

_Mary Ellen Manning_
Mary Ellen Manning
PO Box 3528
Peabody, MA 01961
(978)531-6363
BBO #559711

Defendant,
Essen Foods, Inc D/b/a Slyvan Street Grille's,

By its attorney,

_Maureen L. Reilly_
Maureen L. Reilly, Esq.
33 Kingston Street
Boston, MA 02111
(617) 338-2144
BBO #555369